EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

ELLIOT ENOKI #1528
First Assistant U.S. Attorney

THOMAS J. BRADY #4472
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
tom.brady@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 0 1 2003

at ___ o'clock and ___ min ___ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR03 00487 DAE |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | [18 U.S.C. § 1623] |
| | ) | |
| REUBEN SILVA, | ) | |
| also known as "Blackie," | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

INDICTMENT

The Grand Jury charges that:

1. On or about April 7, 2003, in the District of Hawaii, REUBEN SILVA, also known as "Blackie," while under oath and a witness in a case then being tried before the United States District Court for the District of Hawaii entitled <u>United States</u>


SEALED
BY ORDER OF THE COURT

v. Allen Andy Kimball et al., Cr. No. 00-00105 SOM, knowingly made a material declaration which was inconsistent with a prior material declaration made by REUBEN SILVA, also known as "Blackie," while testifying under oath in a proceeding before a duly empaneled and sworn grand jury for the United States District Court for the District of Hawaii, such material declarations being inconsistent to the degree that one of them is necessarily false.

    2. It was material to each of the proceedings described in paragraph 1 to determine the nature and relationship between Allen Andy Kimball and his associates within the methamphetamine trafficking organization.

    3. REUBEN SILVA, also known as "Blackie," on or about April 7, 2003, while under oath and testifying as a witness in United States v. Allen Andy Kimball et al., knowingly testified with respect to a material matter as follows:

### April 7, 2003 Declarations

> Q: Good afternoon, Mr. Silva. Would you - - first, I want to thank you for testifying today. Are you testifying here voluntarily?
>
> A: Yes.
>
> Q: And I want to ask you have you been charged and, as well, sentenced on the same case as Mr. Kimball?
>
> A: Yes.

Q:  I want to ask you certain questions about your involvement in your case as well as your knowledge about Mr. Allen Kimball's involvement. Mr. Silva, during the scope of your conspiracy that you pleaded guilty to did you ever obtain drugs for Mr. Allen Kimball?

A:  <u>No</u>.

Q:  What would you describe your role into the drug conspiracy that you pleaded guilty to?

A:  <u>I had nothing to do with Allen Kimball</u>. My supplier was Scott Fraser.

\* \* \*

Q:  Did Mr. Kimball recruit you or manage or supervise you in any manner with respect to your drug activities that you pleaded guilty to?

A:  <u>No</u>.

\* \* \*

Q:  So with respect to your involvement of your transporting drugs from the mainland to Hawaii --

A:  Yes.

Q:  -- did Mr. Kimball recruit you to do that?

A:  <u>No</u>.

Q:  Did Mr. Kimball have any role of supervising, managing, or directing you to do that?

A.  <u>No</u>.

\* \* \*

Q:  Have you ever done any drugs transactions with Mr. Kimball?

A:  <u>No, sir</u>.

Q:  Have you ever accepted any money on behalf of Mr. Kimball?

A:   <u>No, sir</u>.

Q:   Have you ever gone to the mainland on behalf of Mr. Kimball?

A:   <u>No, sir</u>.

Q:   So, as you sit here today, Mr. Kimball has no dealings with you at all in drugs; is that correct?

A:   <u>Yes, sir</u>.


4. REUBEN SILVA, also known as "Blackie," on or about June 8, 2000, while appearing as a witness under oath before the federal grand jury in the District of Hawaii, knowingly testified with respect to a material matter as follows:

### June 8, 2000 Declarations

Q:   You know several individuals that are involved in or were involved in drug activity. I'm going to ask you: Do you know an Allen Kimball?

A:   Yes. I do.

Q:   How do you know him?

A:   He is my cousin.

* * *

Q:   After September 9th, 1997, did you meet with Mr. Andy Kimball?

A:   Later on in the future.

Q:   And did you discuss drugs?

A:   Yes.

Q:   What did you discuss? Speak up loud enough so these folks can hear you.

A: <u>For me to go to L.A. and to pick up dope, I guess</u>.

Q: You guess or —

A: No. <u>I know</u>.

Q: When Andy Kimball asked you to do this, who paid for you to go up to L.A.?

A: <u>Allen Kimball</u>.

Q: Do you recall when that was?

A: I guess January or February, I think, around that time.

Q: Do you remember seeing some documents that indicated that you were in Los Angeles the first week of February 1998?

A: Yes.

Q: And was that you; do you recall seeing your signature on those documents?

A: Yes. Yes.

Q: What did you do in Los Angeles the first week of February, 1998?

A: Help pick up two ounces of crystal meth.

Q: Who did you pick up it up from?

A: An individual named Charlie.

Q: Keep your voice loud so these folks can hear you. Did you know Charlie's last name?

A: No. I didn't.

Q: Can you describe him?

A: Hispanic male about 22, 23 years of age.

Q: And where were you when he delivered the two ounces of ice to you?

A:   The Eldorado Hotel.

Q:   Was that a place where you would go on a regular basis?

A:   Yes.  It was.

Q:   What did you do with the two ounces?

A:   I flew back and brought it back.

Q:   To whom?

A:   Two white guys, two white males.

Q:   Do you know who those white males were?

A:   One of them was Brandon that I knew.  That's about it.

Q:   Do you know what happened to the drugs?

A:   <u>I guess it was sent to Kimball.  It went to Kimball</u>.

Q:   But it was Kimball who had sent you to L.A. to pick up drugs; is that right?

A:   <u>Yes</u>.

Q:   Describe to the Grand Jury now -- this starts in the first part of 1998.  Approximately how many times do you do the same thing?

A:   About four or five, I think.  Five or six, around there.  I'm not quite sure.

Q:   Is that throughout 1998 in to 1999?

A:   Yes.

Q:   Describe to the Grand Jury what you would do, how you would get information to go up to Los Angeles and pick up drugs.

A:   My cousin or a guy named Scott Fraser would ask me to go to the mainland and pick up drugs.  I would go there with some money.  An individual named

<pre>
            Charlie would pick it up, pick up the money,
            leave, come back with a bag, with my bag that I
            guess had money inside, and he would bring it back
            locked.

Q:          Now, you said that you would take money up to
            California; is that right?

A:          Yes.

Q:          How much money?

A:          I guess somewhere between maybe 30, 50,000, I
            guess.

Q:          It would depend on the --

A:          Yeah.  I wouldn't know.  I just basically was
            taking money up.

Q:          Who was giving you the money?

A:          Sometimes Scott Fraser.  <u>Sometimes Kimball</u>.

                            * * *

Q:          What were you getting out of this; you are doing
            six or so trips throughout 1998 and 1999.

A:          2500 a run.

Q:          Who was paying you?

A:          Sometimes Scott, <u>sometimes Allen</u>.

Q:          Allen Kimball?

A:          <u>Yes</u>.

                            * * *

Q:          Did the loads of methamphetamine increase?

A:          The second trip I went up I grabbed four ounces,
            and then from there on I didn't know how much,
            what was the quantity I was bringing back.

Q:          Why is that?
</pre>

7

A: Because the bags were starting to get locked.

5. The underscored material declarations of REUBEN SILVA, also known as "Blackie," quoted in paragraph 3 and 4 herein were irreconcilably contradictory and were material to the point in question in each of the proceedings before which such declarations were made.

All in violation of Title 18, United States Code, Section 1623.

DATED: October 01, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
THOMAS J. BRADY
Assistant U.S. Attorney


United States vs. Reuben Silva
"Indictment"
Cr. No.

8